District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIAH RALSTON, as personal representative of the ESTATE OF EARL RALSTON, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER SAUX HEALTH CENTER, an agency of the United States; Stephen Cafferty, an individual,<br><br>　　　　　　　　Defendants. | Case No. 3:19-cv-06085-BHS<br><br>ORDER REFORMING CAPTION |

Having reviewed the Notice of Substitution and a duly executed Certification of Brian T. Moran, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Defendants Roger Saux Health Center and Stephen Cafferty.

*//*

*//*

ORDER REFORMING CAPTION
[3:19-CV-06085-BHS] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

| | |
|---|---|
| MARIAH RALSTON, as personal representative of the ESTATE OF EARL RALSTON, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 3:19-cv-06085-BHS |

DATED this 10th day of February, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMROE, Fla. # 91922
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: whitney.passmore@usdoj.gov

ORDER REFORMING CAPTION
[3:19-CV-06085-BHS] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970